# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

March 18, 2005

VIA UPS DELIVERY
Phillip Burton United States Courthouse
Northern District of California
Attn: Rufino Santos
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Re: *MDL -1654 - In Re Compression Labs, Inc., Patent Litigation Delaware Civ. Nos. 1:04-818-SLR; 1:04-918-SLR; and 1:04-1293-SLR*

Dear Mr. Santos:

In accordance with Transfer Order of the Judicial Panel on Multidistrict Litigation, filed in the above referenced cases on February 28, 2005, I am transferring Delaware Civil Case Nos. 1:04-818-SLR, 1:04-918-SLR, and 1:04-1293-SLR to the Northern District of California. Please find enclosed the original docket items (1-91, 1-32, and 1-33, respectively) and a certified copy of the docket sheet for each of the above listed cases.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/ Roxanna L. Difo
Deputy Clerk

Enclosures

cc: The Honorable Sue L. Robinson
R. Horwitz, Esq.
J. Ingersoll, Esq.
R. Kirk, Esq.
R. Saunders, Esq.
W. Wade, Esq.